JOSEPHINE DREYER, Respondent, v. GEORGE H. HYDE, GEORGE VAN W. DENECKE and HARRY RUSSELL, as Executors, etc., of HENRY H. DREYER, Deceased, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

FAY'S FURNITURE AND UPHOLSTERY, INC., Respondent, v. FRANCIS P. BRADY, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

FRANCESCO FONTANO, Appellant, v. COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE, Respondent.— Motion to dismiss appeal granted, without costs. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

EVELYN GUSIKOFF, Appellant, v. REPUBLIC STORAGE COMPANY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

SUSANNA HUGHES, an Infant, by MARY HUGHES, Her Guardian ad Litem, Respondent, v. BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant.— Motion to resettle order made herein on January 25, 1929, granted upon consent of defendant's counsel and, upon resettlement, it is ordered and adjudged that the judgment appealed from be and the same is hereby reversed upon the law, with costs, and complaint dismissed, with costs. Young, Kapper, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents and votes to affirm.

In the Matter of the Application of ERNST JOHNSON for the Payment of an Undivided One-sixth Interest in the Award Made for Parcel No. 14, Lot 14, Block 192, as Shown by the Map Attached to the Final Decree in the Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Located on Dean and Pacific Streets, between Third and Fourth Avenues, in the Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion for payment of award granted. Order signed. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Application of MURRAY BUILDING CORPORATION for the Payment of an Award for Damage Parcel No. 2 Awarded in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Northerly Side of One Hundred and Fifteenth Avenue, between Two Hundred and First Street and Two Hundred and Second Street, East St. Albans, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes, According to Law.— Motion to confirm report of official referee granted and the chamberlain of the city of New York directed to pay petitioner the amount of the award, with interest. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ. Settle order on notice.